## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| BLUE CARE NETWORK OF MICHIGAN, and BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE UNITED STATES,<br><br>        Defendant. | No. 20-cv-1000C<br><br>Filed: December 8, 2021 |

### **ORDER**

On December 3, 2021, the parties filed a Joint Status Report requesting that the Court extend the stay in this case for an additional 40 days as they continue to discuss a potential resolution of Plaintiffs' cost-sharing reduction ("CSR") claims. ECF No. 24 at 1. The parties contend that good cause exists to continue the stay while Government counsel prepares and obtains approval of a substantive response to the plaintiffs' proposal. *Id.* at 1–2. The parties request that they be allowed to file a joint status report or joint stipulation of dismissal at the conclusion of the 40-day period. *Id.* at 2.

Having considered the proposal, the Court **GRANTS** a continuation of the **STAY**. The parties shall file either a joint status report or a stipulation of dismissal **by no later than January 12, 2022**.

    **SO ORDERED**.


Dated: December 8, 2021                        */s/ Kathryn C. Davis*
                                                   KATHRYN C. DAVIS
                                                   Judge