IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | |
|---|---|
| BLUE CARE NETWORK OF MICHIGAN, and BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>     v.<br><br>THE UNITED STATES,<br><br>            Defendant. | No. 20-1000<br><br>(Judge Davis) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2023 Order, the parties respectfully submit this Joint Status Report. This case is currently stayed because the Government is working with a number of CSR plaintiffs to determine whether they may efficiently resolve this matter without further litigation or at least streamline these cases. As stated in the parties' previous joint status report, counsel for a number of the parties have continued to engage in productive settlement negotiations regarding this and other cost-sharing reduction (CSR) cases currently pending before this Court. The parties most recently exchanged letters on September 7 and September 19. In light of those communications, a number of parties believe that they have reached a tentative agreement in principle on a methodology by which the parties can settle some of these CSR cases. This methodology must, however, be approved by officials at both the Department of Health and Human Services and the Department of Justice. In addition, the parties will need to gather relevant data from plaintiff-insurers from past benefit years in order to calculate whether damages may be owed to a given insurer for a given year. The Centers for Medicare

and Medicaid Services is currently preparing a process for plaintiff insurers to submit relevant CSR data. Once that data is gathered and analyzed, plaintiffs will have the option of participating in the proposed settlement process or continuing instead with litigation.

Plaintiffs here have expressed a willingness to consider seriously the method that the Government is able to agree to with the other CSR plaintiffs for resolving or streamlining the CSR cases. However, both the approval process and data gathering and analysis will take time. We thus respectfully request that the court continue the stay in this case for 60 days, until Tuesday, November 28, 2023, at which time the parties propose updating the Court regarding the status of the settlement process.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

| | |
|---|---|
| /s Howard J. Stanislawski | /s Claudia Burke |
| Howard J. Stanislawski | CLAUDIA BURKE |
| SIDLEY AUSTIN LLP | Deputy Director |
| 1501 K Street NW | |
| Washington, DC 20005 | /s David M. Kerr |
| (202) 736-8000 | DAVID M. KERR |
| hstanislawski@sidley.com | Senior Trial Counsel |
| | Commercial Litigation Branch |
| *Of Counsel:* | Civil Division |
| | U.S. Department of Justice |
| Thomas D. Cunningham | P.O. Box 480 |
| SIDLEY AUSTIN LLP | Ben Franklin Station |
| One South Dearborn Street | Washington, DC 20044 |
| Chicago, IL 60603 | Telephone:   (202) 307-3390 |
| tcunningham@sidley.com | Email:  David.M.Kerr@usdoj.gov |
| *Attorneys for Plaintiffs* | OF COUNSEL: |
| | |
| | ALBERT S. IAROSSI |
| | Assistant Director |
| | Civil Division |
| | U.S. Department of Justice |
| | |
| | *Attorneys for Defendant* |

September 29, 2023